COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-325-
CV

IN RE JOHN A. PICKEL, M.D.,   RELATORS

JAMES R. BRETTELL, M.D., AND 

STEVEN J. SELIGMAN, M.D. 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relators' petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding
, for which let execution issue.

PER CURIAM

PANEL B
: WALKER, HOLMAN, and MCCOY, JJ.

DELIVERED: October 21, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.